UNITED STATES ex rel. Steve BIDA, Relator-Appellant, v. Benjamin M. DAY, as Commissioner of Immigration of the Port of New York, Respondent-Appellee.

No. 196.

Circuit Court of Appeals, Second Circuit.

Dec. 15, 1930.

Morris D. Reiss, of New York City, for appellant.

Robert E. Manley, Acting U. S. Atty., of New York City (Walter H. Schulman, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.

Osaka Shosen Kabushiki Kaisha, Libelant-Appellee, v. THE U. S. LIGHTER NO. 1, U. S. Lighterage Corporation, Claimant-Appellee, THE Scow SUNDIAL, Sunset Lighterage Corporation, Claimant-Appellee, THE Scow MORAN NO. 52. Moran Towing & Transportation Company, Inc., Claimant-Appellant (and another case).

No. 96.

Circuit Court of Appeals, Second Circuit.
Dec. 15, 1930.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney, of New York City, of counsel), for Moran Towing & Transp. Co.

Hunt, Hill & Betts, of New York City (George C. Sprague and William R. Meagher, both of New York City, of counsel), for Osaka Shosen Kabushiki Kaisha.

William F. Purdy, of New York City (John E. Purdy, of New York City, of counsel), for U. S. Lighterage Corporation.

Palmer & Furman, of New York City (Courtland Palmer, of New York City, of counsel), for Sunset Lighterage Corporation.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

Harry WEST, etc., Appellant, v. UNITED STATES of America, Appellee.

No. 6343.

Circuit Court of Appeals, Ninth Circuit.
Dec. 22, 1930.

Before WILBUR, Circuit Judge, and KERRIGAN, District Judge.

PER CURIAM.

Ordered appeal dismissed, upon motion of appellee, for failure of appellant to file record and docket cause; mandate forthwith.

WESTERN SILO CO., Limited, et al., Appellants, v. Mary L. MORRIS, etc., et al.

No. 8911.

Circuit Court of Appeals, Eighth Circuit.
Dec. 1, 1930.

See, also, 33 F.(2d) 285.

Guy A. Miller, of Des Moines, Iowa, for appellants.

W. P. Bair and Will Freeman, both of Des Moines, Iowa, and Frank E. Sheehan, of Omaha, Neb., for appellees.

PER CURIAM.

Appeal dismissed with prejudice, etc., without costs to either party in this court, per stipulation of parties.